**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail: nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204-3211
Telephone: 503-417-0508
Fax: 503-417-0528
Local Counsel for Defendant Trans Union, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (MEDFORD)

| | |
|---|---|
| **MELINDA S. McLANE**<br>      Plaintiff,<br><br>      vs.<br><br>**TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC; and DOES 1 THROUGH 100 inclusive;**<br>      Defendants. | CASE NO. 1:20-cv-02034-CL<br><br>**TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Respectfully submitted,

MOTSCHENBACHER & BLATTNER, LLP

*s/ Nicholas J. Henderson*
**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Counsel for Defendant Trans Union, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **15th day of December 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kyle W. Schumacher, Esq. kyle@schumacherlane.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **15th day of December, 2020**, properly addressed as follows:

| | |
|---|---|
| None | |

*s/ Nicholas J. Henderson*
**Nicholas J. Henderson, Esq.**
OSB #074027
Telephone: 503-417-0508
**Local Counsel for Defendant Trans Union, LLC**

{00408844:1}    Page 2 – **TRANS UNION, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**